UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVIS C. JEFFERSON,<br><br>        Plaintiff,<br><br>    v.<br><br>DAVID STOCKWELL,<br><br>        Defendant. | Case No.  2:24-cv-1441-DJC-JDP (PS)<br><br><br>ORDER |

On September 4, 2024, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff, and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The Magistrate Judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").  Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.

////

Accordingly, IT IS HEREBY ORDERED that:

1. The proposed Findings and Recommendations filed September 4, 2024 are ADOPTED;

2. Plaintiff's complaint, ECF No. 7, is dismissed without leave to amend; and

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **December 27, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE